U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | Aaron Olson | COURT CASE NUMBER | 14-CV-3975(DWF/SER) |
|---|---|---|---|
| DEFENDANT | Christopher Kopel, et al | TYPE OF PROCESS | Civil |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Officer Ron Rollins, North Branch Police Dept,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 6408 Elm Street, North Branch MN 55056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return Affidavit of Service to Clerk's office only.

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

North Branch PD: 651-674-8848

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: aolsona@hotmail.com
DATE: 3/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date 3-12-15 |
|---|---|---|---|---|---|
| | 11 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kathy Minnichsoffer Admin
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-26-15  Time: 1:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 130 | 45.00 | — | — | — | 175.00 | — |

REMARKS:

SCANNED
MAR 30 2015
U.S. DISTRICT COURT MPLS

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Olson | 14-CV-3975 (DWF/SER) |
| DEFENDANT | TYPE OF PROCESS |
| Christopher Kopel, et al | Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chisago County, County Attorney Janet Reiter

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
313 N. Main St., Rm 373, Center City MN 55012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return Affidavit of Service to Clerk's office only.

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Janet Reiter: 651-213-8400

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: aolsona@hotmail.com
DATE: 3/6/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 11 | 41 | 41 | | 3-18-15 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Tara Iyer Recp-t
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3-26-15
Time: 2:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 130 | 56.00 | — | 186.00 | — | 186.00 | — |

REMARKS:

**PRIOR EDITIONS MAY BE USED**     1. **CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Aaron Olson | COURT CASE NUMBER: 14-CV-3975 (DWF/SER) |
| DEFENDANT: Christopher Kopel, et al | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Todd McMurray, Chisago County Health and Human Services

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 313 North Main Street, Center City MN 55012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return Affidavit of Service to Clerk's office only.

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case: 11
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Chisago County: 651-257-1300

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: alokona@hotmail.com
DATE: 3/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 11 | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date: 3-18-15 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Audrey Drury Admin.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3-26-15    Time: 2:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 30.00 | ~~100.00~~ ~~$56.00~~ | | ~~$186.00~~ | | ~~$186.00~~ | |

REMARKS:

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Aaron Olson | COURT CASE NUMBER: 14-cv-3975 (DWF/SER) |
| DEFENDANT: Christopher Kopel, et al | TYPE OF PROCESS: Civil |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: City of Fridley, Scott Lund

AT ADDRESS: 6431 University Ave NE, Fridley MN 55432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return Affidavit of Service to Clerk's office only.

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case: 11
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Scott Lund: 763-571-3450

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: aolsona@hotmail.com
DATE: 3/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 11
District of Origin No.: 41
District to Serve No.: 41
Signature of Authorized USMS Deputy or Clerk
Date: 3-18-15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Darin Nelson, Finance Dir

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/20/15
Time: 1400 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65 | $11.20 | / | $76.20 | / | $76.20 | / |

REMARKS:

X

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Aaron Olson | COURT CASE NUMBER: 14-CV-3975 (DWF/SER) |
| DEFENDANT: Christopher Kopel, et al | TYPE OF PROCESS: Civil |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Washington County, County Attorney Pete Orput

AT ADDRESS: 15015 62nd St. N., Stillwater MN 55082

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Please return affidavit of Service to Clerk's office only.

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case: 11
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Washington County: 651-430-6116

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: aolsona@hotmail.com
DATE: 3/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process: # 11 | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date: 3-18-15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lisa Brysky, Admin

Date of Service: 3/20/15    Time: 1800 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| $5 | $76.50 | — | $81.50 | — | $81.50 | — |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Aaron Olson | COURT CASE NUMBER: 14-CV-3975 (DWF/SER) |
| DEFENDANT: Christopher Kopel, et al | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Siv Yurichuk, Assistant County Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
15015 62nd St. N., Stillwater MN 55082

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return affidavit of Service to Clerk's office only.

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Washington County: 651-430-6116

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: abolsona@hotmail.com
DATE: 3/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 11 | No. 41 | No. 41 | [signature] | 3-18-15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Lisa Bejsky, Admr

Address (complete only if different than shown above):

| Date of Service | Time | am/pm |
|---|---|---|
| 3/20/15 | 1600 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65 | $16.50 | — | $81.50 | — | $81.50 | — |

REMARKS:



PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Aaron Olson | COURT CASE NUMBER 14-CV-3975 (DWF/SER) |
| DEFENDANT Christopher Kopel, et al | TYPE OF PROCESS Civil |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Christopher Kopel, Stillwater PD

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
216 Fourth Street North, Stillwater MN 55082

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return affidavit of Service to Clerk's office only.

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Christopher Kopel: 651-351-4931

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: aolsona@hotmail.com
DATE: 3/6/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 11 | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date 3-18-15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Alicia Hill Admin
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 3/20/15   Time: 1530 pm
Signature of U.S. Marshal or Deputy

| Service Fee $65 | Total Mileage Charges (including endeavors) $16.80 | Forwarding Fee | Total Charges $81.80 | Advance Deposits | Amount owed to U.S. Marshal or $81.80 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Aaron Olson |
| COURT CASE NUMBER | 14-CV-3975 (DWF/SER) |
| DEFENDANT | Christopher Kopel, et al |
| TYPE OF PROCESS | Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Austin Peterson, Stillwater Police Dept.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 216 Fourth Street North, Stillwater MN 55082

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return affidavit of Service to Clerk's office only.

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Austin Peterson: 651-351-4938

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: aolson@hotmail.com
DATE: 3/6/15

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 11
District of Origin No. 41
District to Serve No. 41
Signature of Authorized USMS Deputy or Clerk
Date: 3-18-15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Alicia Hill, Admin

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/20/15
Time: 1730 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $16.80 | — | $81.80 | — | $81.80 | — |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron Olson | 14-CV-3975 (DWF/SER) |
| DEFENDANT | TYPE OF PROCESS |
| Christopher Kopel, et al | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Karl Schreck, Minnesota Dept. of Human Services
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 444 Lafayette Rd. N., St. Paul MN 55101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Please return Affidavit of Service to Clerk's office only.

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Karl Schreck: 651-431-3495

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER aolsona@hotmail.com | DATE 3/6/15 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 11 | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date 3-18-15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 3/20/15 | Time 1615 | pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $65 | Total Mileage Charges (including endeavors) $10.00 | Forwarding Fee / | Total Charges $75 | Advance Deposits / | Amount owed to U.S. Marshal or $75 | Amount of Refund — |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF:** Aaron Olson

**COURT CASE NUMBER:** 14-CV-3975(DWF/SER)

**DEFENDANT:** Christopher Kopel, et al

**TYPE OF PROCESS:** Civil

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** City of Stillwater, Ted Kozlowski

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** 1207 Third Street North, Stillwater MN 55082

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Please return affidavit of Service to Clerk's office Only.

- **Number of process to be served with this Form - 285:**
- **Number of parties to be served in this case:** 11
- **Check for service on U.S.A.:**

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Ted Kozlowski: 651-300-4993

**Signature of Attorney or other Originator requesting service on behalf of:** ☒ PLAINTIFF ☐ DEFENDANT

**TELEPHONE NUMBER:** aolsona@hotmail.com

**DATE:** 3/6/15

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

**I acknowledge receipt for the total number of process indicated.** (Sign only first USM 285 if more than one USM 285 is submitted)

**Total Process:** 11
**District of Origin No.:** 41
**District to Serve No.:** 41
**Signature of Authorized USMS Deputy or Clerk:** [signature]
**Date:** 3-18-15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):** Diane Ward, Office Mgr

**Address (complete only if different than shown above):** 216 Fourth Street North, Stillwater MN 55082

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service:** 7/20/15
**Time:** 1530 pm
**Signature of U.S. Marshal or Deputy:** [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65 | $16.80 | — | $81.80 | — | $81.80 | — |

**REMARKS:**

---

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**
**(Instructions Rev. 12/08)**